ACCEPTED
01-15-00305-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 4:42:18 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00305-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 4:42:18 PM
CHRISTOPHER A. PRINE
Clerk

BACON-TOMSONS, LTD., BRL OIL AND GAS, L.L.C.,
AND FERRELL EDWIN MUNSON,
*Appellants*

v.

CHRISJO ENERGY, INC. AND JACK M. CLINE,
*Appellees*

On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 12CV0428

APPELLANTS' RESPONSE TO MOTION TO ABATE

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COME NOW, Appellants Bacon-Tomsons, Ltd., BRL Oil and Gas, L.L.C., and Ferrell Edwin Munson ("Appellants"), and file this their Response to Appellee Chrisjo Energy, Inc. and Jack M. Cline's Motion to Abate ("Motion to Abate"), and would show the Court show as follows:

1.    The Court should DENY Appellees' Motion to Abate. On March 4, 2015, the trial court judge, Honorable John Ellisor, signed an order granting Appellees' [Defendants'] Motion for Directed Verdict ("Order").

1

2. The Order was docketed by the District Clerk on March 10, 2105, as "Judgment – Final – Directed Verdict (J.N.O.V.) – OCA." *See* Exhibit "A". When the Order was signed by the trial court judge, it disposed of all parties and claims. There is a presumption that a judgment signed following a conventional trial on the merits disposes of all parties and claims and is final. *See Vaughn v Drennon*, 324 S.W.3d 560-562-63 (Tex. 2010).

3. On March 18, 2015, Appellees filed a Motion for Entry of An Award of Attorney's Fees and For Entry of Final Judgment in Light of Directed Verdict." ("Motion for Attorney's Fees").

4. As of the date of the filing of this Response, the Court has not ruled on Appellees' Motion for Attorney's Fees.

5. Since the Order was a final order, Appellees' Motion for Attorney's Fees was a motion intended to modify the Order as suggested in Appellees' Motion to Abate. *See* Appellees' Motion to Abate, pg 2, ¶ 5.

6. Pursuant to TEX. R. CIV. P. 329b(c), Appellees' Motion for Attorney's Fees was overruled as a matter of law on the seventy-sixth (76) day after March 4, 2015, or May 18, 2015.

7. TEX. R. CIV. P. 329b(c) provides that "[i]n the event an original or amended motion for new trial or a motion to modify, correct or reform a judgment is not determined by written order signed within seventy-five days after the

judgment was signed, it shall be considered overruled by operation of law on expiration of that period."

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellants Bacon-Tomsons, Ltd., BRL Oil and Gas, L.L.C., and Ferrell Edwin Munson request this Court to deny Appellee's Motion to Abate, and for such other relief to which Appellants may be entitled.

Respectfully submitted,

MURRAY | LOBB, PLLC

By: */s/ Kyle L. Dickson*
     Kyle L. Dickson
     State Bar No. 05841310
     700 Gemini, Suite 115
     Houston, Texas 77058
     Ph:     (281) 488-0630
     Fax:    (281) 488-2039
     Email:  kdickson@murray-lobb.com

ATTORNEYS FOR APPELLANTS
BACON-TOMSONS, LTD., BRL OIL AND
GAS, L.L.C., AND FERRELL EDWIN
MUNSON

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded to all parties and/or counsel of record in accordance with the Texas Rules of Appellate Procedure on day June 8, 2015.

/s/ Kyle L. Dickson
Kyle L. Dickson

Robert E. Booth                    BY FAX TO (409) 877-1635 AND/OR
Mills Shirley L.L.P.               BY ELECTRONIC SERVICE
2228 Mechanic Street, Suite 400
Galveston, TX 77550
*Attorneys for Appellees*
*Chrisjo Energy, Inc. and Jack M. Cline*